UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Marta L. Oyola

Chapter 13
Bankruptcy Case 02-45398
Judge Henry J. Boroff

**CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL**   04-30154- MAP

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **02-45398 Marta L. Oyola (Missing the following items: 66,74,75,76,77,79,85,92 and 93) Will forward upon receipt** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF AUGUST .

Date:8/17/04



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Patricia Simonelli

Deputy Clerk
(508) 770- 8930

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _____ day of_____ August 2004 .
This case has been assigned No. 04-30154-MAP .

_Mary Finn_
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE | Chapter 13 |
| MARTA L. OYOLA | Case No: 02-45398-HJB |
| Debtor | |

NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge

07/08/2004  93  Memorandum of Decision Dated 7/8/04 Regarding [89] Motion to Reconsider [85] Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc)

07/08/2004  94  Order Dated 7/8/04 Denying [89] Motion to Reconsider [85] Order Filed by Attorney Francis Lafayette. (sas, usbc)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

```
Appellant  Francis Lafayette
Debtor:    Stefan Davis
Attorney:  Francis Lafayette
Address:   Post Office Box 1020
           Palmer, MA 01069
           BBO# 282960
Telephone: (413) 283-7785

Appellee
Trustee:   Denise M. Pappalardo
           Chapter 13 Trustee
Address:   P.O. Box 16607
           44 Front Street, Suite 230
           Worcester, MA  01601
Telephone: (508)  791-3300
```

Respectfully

*Francis Lafayette, J.D.* (signature)

Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE<br>    MARTA L. OYOLA<br>            Debtor | Chapter 13<br>Case No: 02-45398-HJB |

### CERTIFICATE OF SERVICE

I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S notice of appeal on the following parties:

Richard King
Assistant US Trustee
Office Of United States Trustee
446 Main St Ste 14
Worcester MA 01608-2361

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA  01601

Marta L. Oyola
4 Healey Street
Springfield, MA 01151

_____
Francis Lafayette, J. D.