UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-30154-MAP

Bankruptcy Case No. 02-45398-HJB

IN RE: MARTA L. OYOLA,
Debtor

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARTA L. OYOLA,

Appellant
v.

RICHARD KING, ASSISTANT UNITED STATES TRUSTEE; AND
DENISE M. PAPPALARDO, CHAPTER 13 TRUSTEE

Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRIEF OF APPELLEE, DENISE PAPPALARDO, CHAPTER 13 TRUSTEE

## TABLE OF CONTENTS

TABLE OF AUTHORITIES..................................................................................................ii

I.   STATEMENT OF ISSUE PRESENTED.................................................................1

II.  STANDARD OF REVIEW.......................................................................................1

III. STATEMENT OF THE CASE AND FACTS........................................................1

IV.  ARGUMENT .............................................................................................................4

# TABLE OF AUTHORITIES

STATUTES:

11 U.S.C. §330..................................................................................................................2

FEDERAL RULES OF BANKRUPTCY PROCEDURE

Fed. Rules Bankr. Pro. 8002............................................................................................3-5
Fed. Rules Bankr. Pro. 8013..............................................................................................1

MASSACHUSETTS LOCAL BANKRUPTCY RULES

Mass. Local Bank. Rules 13-7 (b).....................................................................................2

CASES:

*In re Collida*, 270 B.R. 209 (Bankr.S.D.Tex 2001).........................................................5

*Cooter & Gell v. Hatmarx Corp.*, 496 U.S. 384 (1990)....................................................1

*Edmonston v. Murphy (In re Edmonston)*, 107 F.3d 74 (1st Cir.1997)............................1

*In re Ortiz*, 200 B.R. 485 (D. Puerto Rico 1996)..............................................................1

*Pioneer Inv. Servs.Co v. Brunswick Assocs. Ltd. P'Ship* 507 U.S. 380 (1993)...............4

*In re Williams*, 224 B.R. 523 (B.A.P. 2nd Cir. 1998).......................................................1

## I. STATEMENT OF ISSUE

Whether the bankruptcy court's order of July 8, 2004 denying the late filing of an appeal was an abuse of discretion given that the late filing was not caused by excusable neglect.

## II. STANDARD OF REVIEW

Whereas, the lower court's decision is reviewed for abuse of discretion, the appellate court reviews the facts underlying the decision under a "clearly erroneous" standard. Fed. Rules Bankr. Pro. 8013. *See also, In re Ortiz*, 200 B.R. 485, 489, (D. Puerto Rico 1996). A bankruptcy court abuses its discretion if it bases its decision on an erroneous view of law or clearly erroneous factual findings. *Cooter & Gell v. Hatmarx Corp.*, 496 U.S. 384 (1990). To determine that the Bankruptcy Court abused its discretion, this Court must find that the lower court "committed a clear error of judgment in the conclusion it reached based on all the appropriate factors." *In re Williams*, 224 B.R. 523, 529 (B.A.P. 2nd Cir. 1998). The clearly erroneous standard requires the Court to give great deference to the bankruptcy court. *Ortiz*, at 489. Legal conclusions are reviewed *de novo*. *Edmonston v. Murphy (In re Edmonston)*, 107 F.3d 74, 75(1st Cir. 1997).

## III. STATEMENT OF THE CASE AND FACTS

On September 4, 2002, Marta Oyola (the "Debtor") filed a bankruptcy petition pursuant to Chapter 13 of Title 11 of the United States Code (the "Code").[1] The Debtor was represented by Attorney Francis Lafayette.

On or about June 24, 2003, the bankruptcy court issued a case management order (the

---

[1]Trustee's Appendix, No. 1, Docket No. 1.

1

"Case Management Order")[2] ordering Attorney Lafayette to show cause (1) why he should not file fee applications in all pending cases in which he serves as counsel to the debtor in which fees are unpaid and (2) why, until further order of the court, he should not be required to deposit fees received from Chapter 13 or 7 debtors in the District of Massachusetts in his client trust account and not disburse the funds until approval of his fees.[3] In issuing the Case Management Order, the bankruptcy court took judicial notice that a pattern had arisen whereby Attorney Lafayette failed to adequately represent his clients.[4]

On July 22, 2003, an evidentiary hearing was conducted on the Case Management Order. At that time, Attorney Lafayette presented evidence that the lapses in his representation were due

---

[2]Trustee's Appendix, No. 2.

[3]The court may allow reasonable compensation to counsel for a debtor based on the benefit and necessity of such services 11 U.S.C. § 330(a)(4)(B). "Unless otherwise ordered by the court, if debtor's counsel's total compensation prior to confirmation of a plan is $2,500.00 or less ...[or]...compensation for post confirmation services [is] in an amount not exceeding $500...the filing of an itemized fee application shall be excused." MLBR 13-7(b).

[4] The Case Management Order was issued in the following cases: *In re Hector Rolon* Case No. 02-45994-HJB-Attorney Lafayette filed a Chapter 7 case for the debtor even though he had recently received a Chapter 7 discharge and could not obtain another Chapter 7 discharge, he filed inaccurate schedules, and filed schedules late; *In re Stefan Davis,* Case No. 03-40199-HJB-there were errors in the bankruptcy schedules and plan; *In re Mark Bennett and Angela Bennett,* Case No. 03-40074-HJB-there were errors in the bankruptcy schedules and plan; and *In re Joseph LaFrance*, Case No. 02-42450-HJB-there were inaccuracies regarding time entries on Attorney Lafayette's fee application. In the following cases, the bankruptcy court ordered Attorney Lafayette to file fee applications: *In re Kathleen Daigneault*, Case No. 02-46689-HJB-Attorney Lafayette failed to amend an unconfirmable Chapter 13 plan and missed two deadlines in the case; and *In re Peter Caci*, Case No. 02-47249-HJB-Attorney Lafayette failed to disclose to the debtors that an expert retained by Attorney Lafayette was not in fact qualified, failed to advise the debtors that Attorney Lafayette represented the expert in his own Chapter 13 bankruptcy, undertook to represent both the expert and the debtors in a contest regarding fees, and failed to timely file a motion to sell real estate. In the *Oyola* case, Attorney Lafayette filed a Schedule "C"and an Amended Schedule "C" in which he claimed an exemption in assets in excess of that permitted. In the Trustee's Appendix No. 3, pp. 38-40.

2

to computer software problems, his chronic illnesses and his staff's temporary illnesses.[5] With respect to the evidence presented by Attorney Lafayette

> The Court finds it hard to believe, and does not believe, that most (if any) of the various errors described in each of the above referenced cases are the result of the various excuses proffered by Attorney Lafayette. But even if the excuses are true, they are not sufficient to overlook the sloppy, careless and unprofessional actions taken by Attorney Lafayette in each of the referenced cases. Clients come to attorneys for a service. Where the service is not provided, or provided poorly, they should not be required to pay for the service, regardless of the validity of the excuse offered.[6]

On June 10, 2004, the Court ordered, in part, that Attorney Lafayette disgorge fees,[7] file fee applications in those cases in which there is unpaid compensation, and file fee applications in all future bankruptcy cases (the "June 10, 2004 Order").[8]

On June 24, 2004, Attorney Lafayette filed a Notice of Appeal of the June 10, 2004 Order (the "First Notice of Appeal").[9] On June 29, 2004, the bankruptcy court dismissed the appeal as it was not timely filed pursuant to the Federal Rules of Bankruptcy Procedure 8002(a) (the "Dismissal Order").[10] On June 30, 2004, Attorney Lafayette filed a motion for reconsideration of

---

[5]Trustee's Appendix No. 3, p. 40.

[6]Trustee's Appendix, No. 3, p. 41.

[7]The order to disgorge was issued in *Oyola, Rolon, Daigneault, Caci, Davis* and *LaFrance.* Trustee's Appendix, No. 3, p. 44.

[8]Trustee's Appendix, No. 4.

[9]Trustee's Appendix, No. 1, Docket No. 80.

[10]Trustee's Appendix, No. 5.

3

## TABLE OF CONTENTS FOR APPELLEE'S APPENDIX

1. Docket Entries

2. Case Management Order dated June 24, 2003

3. Memorandum of Decision dated June 10, 2004

4. Order dated June 10, 2004

5. Dismissal Order dated June 29, 2004

6. Order Denying Motion for Reconsideration Dated July 8, 2004

7. Memorandum of Decision dated July 8, 2004

No. 1

DISMISSED, NOCLOSE, APPEAL

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Bankruptcy Petition #: 02-45398

*Assigned to:* Judge Henry J. Boroff
Chapter 13
Voluntary
Asset

*Date Filed:* 09/04/2002
*Date Dismissed:* 04/07/2004

**Marta L. Oyola**
4 Healey St.
Indian Orchard, MA 01151
SSN: xxx-xx-1166
*Debtor*

represented by **Francis Lafayette**
PO Box 1020
Palmer, MA 01069
(413) 283-7785
Email: francislafayettejd@onebox.com

**Richard King**
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
*Assistant U.S. Trustee*

**Denise M. Pappalardo**
P. O. Box 16607
Worcester, MA 01601
508-791-3300
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/04/2002 | 1 | Voluntary Chapter 13 Petition ( Filing Fee $ 185.00 Rcpt # 503249) missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan Due on 9/19/02 Chapter 13 Plan due on 9/19/02 ;Proof of Claim (gov. units only) Deadline: 3/3/03 (hrc) (Entered: 09/04/2002) |
| 09/04/2002 | 2 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-j Statement of Financial Affairs Disclosure of Aty Compensation Chapter 13 Plan ; Missing Documents Due 9/19/02 ; Matrix Due 9/9/02 (hrc) (Entered: 09/04/2002) |
| 09/09/2002 | 3 | Schedules A - J. (ab) (Entered: 09/10/2002) |
| 09/09/2002 | 4 | Statement of Financial Affairs. (ab) (Entered: 09/10/2002) |

| 09/09/2002 | 5 | Statement of Intent. (ab) (Entered: 09/10/2002) |
|---|---|---|
| 09/09/2002 | 6 | Disclosure of Compensation filed by Attorney Francis Lafayette Counsel for the Debtor in the amount of $3,000.00. (ab) (Entered: 09/10/2002) |
| 09/09/2002 |  | Matrix. (ab) (Entered: 09/10/2002) |
| 09/09/2002 | 7 | Chapter 13 Plan. (ab) (Entered: 09/10/2002) |
| 09/09/2002 | 8 | Certificate Of Service By Debtor Of [7-1] Chapter 13 Plan. (ab) (Entered: 09/10/2002) |
| 09/09/2002 | 9 | Motion By Debtor For Extension of Chapter 13 Plan Payments (60 Months) . c/s (ab) (Entered: 09/10/2002) |
| 09/10/2002 |  | First Meeting of Creditors sch For 1:00 pm 10/23/02 At Banknorth Center, Rm 515 Confirmation Hearing Set For 1:00 pm 10/23/02 At Banknorth Center, Rm 515 ;Proofs of Claim due on 4:30 pm 1/21/03 Notice to be mailed within two weeks. (hk) (Entered: 09/10/2002) |
| 09/16/2002 | 10 | Court's Notice of the First Meeting being sent to the Bankruptcy Noticing Center. (auto) (Entered: 09/16/2002) |
| 09/19/2002 | 11 | First Meeting Certificate of Mailing. (auto) (Entered: 09/19/2002) |
| 09/19/2002 | 13 | Notice of Appearance And Request For Service Of Notice By Richard T. Mulligan for Creditor Fairbanks Capital Corp. c/s (lc) (Entered: 09/26/2002) |
| 09/24/2002 | 12 | ENDORSEMENT ORDER: Granting [9-1] Motion For Extension of Chapter 13 Plan Payments (60 Months) by Debtor . ALLOWED. NO OBJECTIONS FILED. (ab) (Entered: 09/25/2002) |
| 09/28/2002 | 14 | Imaged Certificate of Mailing. (auto) (Entered: 09/28/2002) |
| 10/17/2002 | 15 | Notice of Appearance And Request For Service Of Notice By Charles A. Lovell for Creditor Fairbanks Capital Corp. c/s (lc) (Entered: 10/25/2002) |
| 10/23/2002 |  | First Meeting Held and Examination of Debtor. (pf) (Entered: 10/30/2002) |
| 11/01/2002 | 16 | Motion By Debtor To Amended Schedules A, C, D, I and J . c/s (ds) (Entered: 11/01/2002) |

| 11/01/2002 | 17 | Amended Schedules A,C,D,I and J. (ds) (Entered: 11/01/2002) |
| --- | --- | --- |
| 11/12/2002 | 19 | Motion By EquiCredit Corporation of Ma. For Relief from Automatic Stay (2-4 Healey Street, Indian Orchard, MA) . With Certificate of Service. (ab) (Entered: 11/14/2002) |
| 11/13/2002 | 18 | Motion By Fairbanks Capital Corp. For Relief from Automatic Stay (4 Healey Street, Springfield, MA) . With Certificate of Service. (ab) (Entered: 11/14/2002) |
| 11/13/2002 | 20 | Motion By EquiCredit Corporation of Ma. To Withdraw [19-1] Motion For Relief from Automatic Stay (2-4 Healey Street, Indian Orchard, MA) by EquiCredit Corporation of Ma. . c/s (ab) (Entered: 11/14/2002) |
| 11/18/2002 | 21 | ENDORSEMENT ORDER: Granting [20-1] Motion To Withdraw [19-1] Motion For Relief from Automatic Stay (2-4 Healey Street, Indian Orchard, MA) by EquiCredit Corporation of Ma. . ALLOWED. THE REFERENCED MOTION FOR RELIEF FROM STAY IS HEREBY WITHDRAWN. (ab) (Entered: 11/19/2002) |
| 11/18/2002 | 22 | ENDORSEMENT ORDER: Regarding [19-1] Motion For Relief from Automatic Stay (2-4 Healey Street, Indian Orchard, MA) by EquiCredit Corporation of Ma. . MOOT. SEE ORDER OF EVEN DATE ALLOWING MOTION TO WITHDRAW THIS MOTION FOR RELIEF FROM STAY. (ab) (Entered: 11/19/2002) |
| 11/19/2002 | 23 | Objection By Fairbanks Capital Corp. To Confirmation Of [7-1] Chapter 13 Plan. c/s (ab) (Entered: 11/20/2002) |
| 11/24/2002 | 24 | Imaged Certificate of Mailing. (auto) (Entered: 11/24/2002) |
| 11/24/2002 | 25 | Imaged Certificate of Mailing. (auto) (Entered: 11/24/2002) |
| 11/25/2002 | 26 | ENDORSEMENT ORDER: Granting [16-1] Motion To Amended Schedules A, C, D, I and J by Debtor . ALLOWED. NO OBJECTIONS FILED. (ab) (Entered: 11/25/2002) |
| 11/27/2002 | 27 | Ch.13 Trsutee's Motion To Extend Time To File Objection to Confirmation of Debtor's Plan and Exemptions . c/s (yms) (Entered: 11/27/2002) |
| 11/28/2002 | 28 | Imaged Certificate of Mailing. (auto) (Entered: 11/28/2002) |
| 12/02/2002 | 29 | ORDER: Granting [18-1] Motion For Relief from Automatic Stay (4 Healey Street, Springfield, MA) by Fairbanks Capital Corp. . NO OBJECTIONS HAVING BEEN FILED. (See order for full text). (ab) |

|  |  | (Entered: 12/03/2002) |
| --- | --- | --- |
| 12/05/2002 | 30 | ENDORSEMENT ORDER: Granting [27-1] Motion To Extend Time To File Objection to Confirmation of Debtor's Plan and Exemptions . ALLOWED. DEADLINE IS AMENDED TO 1/31/03. NO OBJECTIONS HAVE BEEN FILED. (ab) (Entered: 12/05/2002) |
| 12/06/2002 | 31 | Imaged Certificate of Mailing. (auto) (Entered: 12/06/2002) |
| 12/08/2002 | 32 | Imaged Certificate of Mailing. (auto) (Entered: 12/08/2002) |
| 12/13/2002 |  | Hearing Re: [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. set for 9:00 am on 1/15/03 at Springfield Court . (sas) (Entered: 12/13/2002) |
| 12/23/2002 | 33 | Certificate Of Service By Fairbanks Capital Corp. Of Hearing Re: [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. (sas) (Entered: 12/24/2002) |
| 01/15/2003 | 34 | ORDER: Hearing Held and Continued Regarding [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. . CONTINUED TO 2/12/03 AT 10:00AM IN SPRINGFIELD. (ab) (Entered: 01/16/2003) |
| 01/29/2003 | 38 | Objection By Trustee To [16-1] Motion To Amended Schedules A, C, D, I and J by Debtor . (ab) (Entered: 02/06/2003) |
| 01/30/2003 | 35 | Stipulation by and between Fairbanks Capital Corp. and Debtor Re: [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. (ab) (Entered: 02/03/2003) |
| 01/30/2003 | 36 | Motion By Fairbanks Capital Corp. For Approval Of [35-1] Stipulation by Fairbanks Capital Corp. and Debtor Regarding [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. . c/s (ab) (Entered: 02/03/2003) |
| 02/03/2003 | 37 | ENDORSEMENT ORDER: Regarding [36-1] Motion For Approval Of [35-1] Stipulation by Fairbanks Capital Corp. and Debtor Regarding [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. . STIPULATION SHALL BE HELD FOR OBJECTIONS. HEARING SET FOR 2/12/03 IS CANCELED. (ab) (Entered: 02/03/2003) |
| 02/24/2003 | 39 | ENDORSEMENT ORDER: Granting [36-1] Motion For Approval Of [35-1] Stipulation by Fairbanks Capital Corp. and Debtor Regarding [23-1] Objection to Confirmation of Plan by Fairbanks Capital Corp. . ALLOWED. NO OBJECTIONS FILED. (ab) (Entered: 02/25/2003) |
|  |  |  |

| Date | Doc # | Description |
|---|---|---|
| 02/26/2003 | 40 | ENDORSEMENT ORDER: Regarding [38-1] Objection by Trustee To [16-1] Motion To Amended Schedule C by Debtor . HAVING BEEN ENTERED IN ERROR, THE ORDER OF 11/25/03 ALLOWING THE MOTION TO AMEND SCHEDULE C IS HEREBY VACATED. A HEARING ON THE MOTION IS SCHEDULED FOR 3/10/03 AT 10:30 IN SPRINGFIELD. (ab) (Entered: 02/27/2003) |
| 03/10/2003 | | Hearing Held Re: [38-1] Objection by Trustee To [16-1] Motion To Amended Schedules A, C, D, I and J by Debtor by Trustee. (ab) (Entered: 03/11/2003) |
| 03/10/2003 | 41 | ORDER: Regarding [38-1] Objection by Trustee To [16-1] Motion To Amended Schedules A, C, D, I and J by Debtor . SUSTAINED; DEBTORS TO AMEND SCHEDULE C IN 14 DAYS. (ab) (Entered: 03/11/2003) |
| 03/14/2003 | | Complaint (03-4053) Marta L. Oyola vs. Fairbanks Capital Corporation. NOS 434 Injunctive Relief . (pf) (Entered: 03/14/2003) |
| 03/18/2003 | 42 | Amended Schedules A, B & C. (ab) (Entered: 03/21/2003) |
| 03/18/2003 | 43 | Motion By Debtor To Amend [3-1] Schedules A, B & C . c/s (ab) (Entered: 03/21/2003) |
| 03/21/2003 | 44 | Motion by Trustee For Order Requiring Counsel to Disgorge Retainer . c/s (sas) (Entered: 03/22/2003) |
| 03/31/2003 | | Hearing Re: [44-1] Motion For Order Requiring Counsel to Disgorge Retainer by Trustee Set For 11:00 4/16/03 at Springfield Court (ab) (Entered: 03/31/2003) |
| 04/01/2003 | 45 | Certificate Of Service By Trustee Of Hearing re: [44-1] Motion For Order Requiring Counsel to Disgorge Retainer by Trustee Set For 11:00 4/16/03 at Springfield Court. (ab) (Entered: 04/02/2003) |
| 04/16/2003 | | Hearing Held RE: 44 Motion for Order Requiring Debtor's Counsel to Disgorge Retainer filed by Trustee Denise M. Pappalardo. (ab , ) (Entered: 04/16/2003) |
| 04/16/2003 | 46 | Order Regarding 44 Motion by Trustee For Order Requiring Debtor's Counsel to Disgorge Retainer. CONTINUED TO 5/28/03 AT 11:30 A.M. AT SPRINGFIELD DEBTOR'S COUNSEL IS ORDERED TO FILE A FEE APPLICATION ON OR BEFORE 4/30/03. (ab , ) (Entered: 04/16/2003) |
| 04/16/2003 | 47 | Response by Debtor Marta L. Oyola To: 44 Motion by Trustee For |

| | | |
|---|---|---|
| | | Order Requiring Counsel to Disgorge Retainer. c/s (ab , ) (Entered: 04/17/2003) |
| 04/22/2003 | 48 | Endorsed Order Regarding 43 Motion To Amend Schedules A,B, and C. ALLOWED. NO OBJECTIONS FILED. Entered on 4/22/2003. (sas) (Entered: 04/22/2003) |
| 04/30/2003 | 49 | Motion to Extend Time for filing fee application filed by Debtor Marta L. Oyola. (ab) (Entered: 05/02/2003) |
| 05/02/2003 | 50 | Endorsed Order Re: 49 Motion to Extend Time for filing fee application filed by Debtor Marta L. Oyola. ALLOWED. DEADLINE IS EXTENDED TO 5/14/03. (Entered: 05/02/2003) |
| 05/14/2003 | 51 | First Fee Application for Compensation for Francis Lafayette , Debtor's Attorney, Fee: $5655.25, Expenses: $0.00. Filed by Attorney Francis Lafayette. c/s (ps , ) (Entered: 05/16/2003) |
| 05/23/2003 | 52 | Hearing scheduled for 6/2/2003 at 02:30 PM Springfield Courtroom - HJB RE: 51 First Fee Application for Compensation for Francis Lafayette. (ps , ) (Entered: 05/23/2003) |
| 05/23/2003 | 53 | Court Certificate of Mailing. RE: 52 Hearing scheduled for 6/2/2003 at 02:30 PM Springfield Courtroom - HJB (ps , ) (Entered: 05/23/2003) |
| 05/28/2003 | | Hearing Held Re: Motion of Chapter 13 Trustee for Order Requiring Debtor's Counsel to Disgorge Retainer. (ps , ) (Entered: 05/29/2003) |
| 05/28/2003 | 54 | Order Regarding 44 Motion of Chapter 13 Trustee for Order Requiring Debtor's Counsel to Disgorge Retainer. CONTINUED TO 06/02/03 AT 2:30 PM IN SPRINGFIELD. THE COURT'S INITIAL FINDING THAT THE APPLICATION WAS FILED UNTIMELY WAS INCORRECT AND IS VACATED. 5/28/2003. (ps , ) (Entered: 05/29/2003) |
| 05/29/2003 | | Hearing scheduled for 6/2/2003 at 02:30 PM Springfield Courtroom - HJB RE: 44 Motion by Trustee For Order Requiring Counsel to Disgorge Retainer. (ps , ) (Entered: 05/29/2003) |
| 05/30/2003 | 55 | Assented to Motion to Continue Hearing Re: 51 Application for Compensation and 44 Motion by Trustee For Order Requiring Counsel to Disgorge Retainer Filed by Debtor Marta L. Oyola. c/s (ab) (Entered: 05/30/2003) |
| 06/02/2003 | 56 | Endorsed Order Re: 55 Motion To Continue Hearing On 51 Application for Compensation for Francis Lafayette , Debtor's |

| | | |
|---|---|---|
| | | Attorney. ALLOWED; HEARING SCHEDULED FOR 6/2/03 IS CONTINUED TO 6/11/03 AT 11:30AM IN SPRINGFIELD. (Entered: 06/03/2003) |
| 06/24/2003 | 57 | Case Management Order Regarding 51 Application For Compensation Filed by Francis Lafayette. Entered on 6/24/2003. (sas) (Entered: 06/24/2003) |
| 06/24/2003 | | Evidentiary Hearing Scheduled for 7/22/2003 at 01:00 PM Worcester Courtroom 4 - HJB RE: 51 Application for Compensation filed by Francis Lafayette. (sas) (Entered: 06/24/2003) |
| 07/16/2003 | 58 | Motion to Continue Hearing Re: Evidentiary Hearing Scheduled for 7/22/2003 at 01:00 PM Filed by debtor's counsel Francis Lafayette. c/s (Expedited Determination Requested.) (ps , ) (Entered: 07/16/2003) |
| 07/18/2003 | 59 | Emergency Second Motion to Continue Hearing Re: 51 Application for Compensation Filed by Debtor's counsel Aty. Francis Lafayette. c/s (yms) (Entered: 07/18/2003) |
| 07/18/2003 | 60 | Endorsed Order Regarding 59 Motion To Continue Hearing Re: 51 Application for Compensation. DENIED (ds) (Entered: 07/18/2003) |
| 07/18/2003 | 61 | Pre-Trial Memorandum Filed by Interested Party United States Trustee Re: 51 First Fee Application for Compensation for Francis Lafayette Filed by Attorney Francis Lafayette. (ab) (Entered: 07/21/2003) |
| 07/22/2003 | 66 | Motion to Impound So Much of the Files that Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. c/s (Filed in Open Court) (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 67 | Motion to Present Newly Discovered Evidence Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. c/s (Filed in Open Court) (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | | Hearing Held Re: 51 First Fee Application for Compensation for Debtor's Counsel Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | | Hearing Held Re: 66 Motion to Impound So Much of the Files that Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | | Hearing Held Re: 67 Motion to Present Newly Discovered Evidence Related to Counsel Physical/Dental Health Issues Filed by Francis |

| | | |
|---|---|---|
| | | Lafayette. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 68 | Order Dated 7/22/03 Regarding 51 First Fee Application for Compensation for Francis Lafayette, Debtor's Attorney Filed by Attorney Francis Lafayette. TAKEN UNDER ADVISEMENT. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 69 | Order Dated 7/22/03 Regarding 66 Motion to Impound So Much of the Files that Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. DENIED. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 70 | Order Dated 7/22/03 Regarding 67 Motion to Present Newly Discovered Evidence Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. DENIED. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 71 | Order Dated 7/22/03 Regarding 57 Case Management Order of June 24, 2003. TAKEN UNDER ADVISEMENT. (sas, usbc) (Entered: 06/09/2004) |
| 03/29/2004 | | Disposition of Adversary. Adversary Number 03-4053 Settled Complaint. (ps, usbc) (Entered: 03/29/2004) |
| 03/29/2004 | | Adversary Case 03-4053 Closed. (ps, usbc) (Entered: 03/29/2004) |
| 04/07/2004 | 62 | Expedited Motion to Dismiss Case *with c/s* Filed by Debtor Marta L. Oyola (Lafayette, Francis) (Entered: 04/07/2004) |
| 04/07/2004 | 63 | Declaration Re: Electronic Filing (Re: 62 Motion to Dismiss Case). Filed by Debtor Marta L. Oyola (Lafayette, Francis) (Entered: 04/07/2004) |
| 04/07/2004 | 64 | Endorsed Order dated 4/7/04 RE: 62 Debtor's Motion to Voluntarily Dismiss Case. (Expedited Determination Requested). ALLOWED. CASE DISMISSED. (ps, usbc) (Entered: 04/08/2004) |
| 04/10/2004 | 65 | BNC Certificate of Mailing - PDF Document. Service Date 04/10/2004. (Related Doc # 64) (Admin.) (Entered: 04/12/2004) |
| 06/10/2004 | 72 | Memorandum of Decision Dated June 10, 2004 Regarding 51 First Fee Application for Compensation Filed by Attorney Francis Lafayette and 57 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 73 | Order Dated June 10, 2004 Regarding 51 First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |

| 06/10/2004 | 74 | Order Dated June 10, 2004 Regarding 57 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
|---|---|---|
| 06/10/2004 | 75 | Court Certificate of Mailing of 72 Memorandum of Decision Dated June 10, 2004 Regarding 51 First Fee Application for Compensation Filed by Attorney Francis Lafayette and 57 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 76 | Court Certificate of Mailing of 73 Order Dated June 10, 2004 Regarding 51 First Fee Application for Compensation filed by Attorney Francis Lafayette.(sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 77 | Court Certificate of Mailing of 74 Order Dated June 10, 2004 Regarding 57 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 78 | Chapter 13 Trustee's Final Report and Account and Request of Discharge of Trustee. Action Taken: DISMISSED *Prior to Confirmation.* (ZZ-Pappalardo, Denise) (Entered: 06/10/2004) |
| 06/10/2004 |  | Hearing Scheduled for 6/15/2005 at 02:00 PM Springfield Courtroom - HJB Re: 57 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/14/2004 | 79 | Order Pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee. (ps, usbc) (Entered: 06/16/2004) |
| 06/24/2004 | 80 | Notice of Appeal Filed by Attorney Francis Lafayette RE: 72 Memorandum of Decision and Orders dated June 10, 2004 Regarding 51 First Fee Application for Compensation and 57 Case Management Order of June 24, 2003. c/s Appellant Designation due by 7/5/2004. Compiled Records Due by 7/19/2004. Transmission of Designation Due by 7/26/2004. Receipt Number 521608, Fee Amount $255. (ps, usbc) (Entered: 06/24/2004) |
| 06/24/2004 | 81 | Election of Appeal to District Court Filed by Attorney Francis Lafayette RE: 80 Notice of Appeal on 72 Memorandum of Decision dated June 10, 2004 Regarding 51 First Fee Application for Compensation and 57 Case Management Order of June 24, 2003. c/s (ps, usbc) (Entered: 06/24/2004) |
| 06/25/2004 | 82 | Notice of Appeal to District Court Re: 80 Notice of Appeal. (ab, usbc) (Entered: 06/25/2004) |
| 06/25/2004 | 83 | Court Certificate of Mailing Re: 82 Notice of Appeal to District Court. (ab, usbc) (Entered: 06/25/2004) |

| 06/25/2004 | 84 | Status Report *with c/s* (RE: 73 Order on Application for Compensation). (Psilos, Joanne) (Entered: 06/25/2004) |
|---|---|---|
| 06/29/2004 | 85 | Order Dated 6/29/04 RE: 80 Notice of Appeal Filed by Francis Lafayette, Counsel of Debtor. (yms, usbc) (Entered: 06/29/2004) |
| 06/30/2004 | 86 | Order to Show Cause Dated 6/30/04 Regarding 73 Order Dated June 10, 2004 Re: 51 First Fee Application for Compensation filed by Attorney Francis Lafayette. Show Cause hearing to be held on 7/14/2004 at 02:00 PM at Springfield Courtroom - HJB. (sas, usbc) (Entered: 06/30/2004) |
| 06/30/2004 | 87 | Court Certificate of Mailing of 85 Order dated 6/29/04 Re: 80 Notice of Appeal and 86 Order to Show Cause Dated 6/30/04 Regarding 73 Order Dated June 10, 2004 Re: 51 First Fee Application for Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/30/2004) |
| 06/30/2004 | 88 | Status Report *with c/s* (Re: 73 Order on Application for Compensation). Filed by Debtor Marta L. Oyola (Lafayette, Francis) (Entered: 06/30/2004) |
| 06/30/2004 | 89 | Motion to Reconsider (Re: 85 Order) Filed by Debtor Marta L. Oyola (Lafayette, Francis) (Entered: 06/30/2004) |
| 06/30/2004 | 90 | Brief/Memorandum In Support Of (Re: 89 Motion to Reconsider). Filed by Debtor Marta L. Oyola (Lafayette, Francis) (Entered: 07/01/2004) |
| 06/30/2004 | 91 | Brief/Memorandum In Support Of (Re: 89 Motion to Reconsider). Filed by Debtor Marta L. Oyola (Lafayette, Francis) CORRECTIVE ENTRY: Disregard. Duplicate of Number 90. Modified on 7/1/2004 (ps, usbc). (Entered: 07/01/2004) |
| 07/07/2004 | 92 | Order dated 7/7/04 RE: 86 Order to Show Cause Dated 6/30/04. Hearing of 7/14/04 is cancelled. (ps, usbc) (Entered: 07/07/2004) |
| 07/08/2004 | 93 | Memorandum of Decision Dated 7/8/04 Regarding 89 Motion to Reconsider 85 Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc) (Entered: 07/08/2004) |
| 07/08/2004 | 94 | Order Dated 7/8/04 Denying 89 Motion to Reconsider 85 Order Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 07/08/2004) |
| 07/08/2004 | 95 | Court Certificate of Mailing of 93 Memorandum of Decision and 94 Order Regarding 89 Motion to Reconsider 85 Order Filed by |