## AFFIDAVIT

1. My name is Jacki Coyer and I have worked for Attorney Lafayette since April of 2001.

2. I am currently a legal assistant enrolled in a paralegal certificate program.

3. Between the dates of June 10, 2004 and June 21, 2004 our office filed 84 documents, including new petitions, electronically with the United States Bankruptcy Court.

4. I electronically filed 50 of the 84 proceedings, including some of the weekend filings.

5. The 84 filings represent 29 clients Bankruptcy matters. The documents that I filed were approximately 20 of the 29 client's proceedings.

This information is true and correct to the best of my information and belief.

Signed under the pains and penalties of perjury this 2nd day of November, 2004.

_____
Jacki Coyer

## TO BE COMPLETED BY HEALTH CARE PROVIDER

CLINICAL DIAGNOSIS: _Polyneuropathy_ (Required)

DURATION (circle one):  Temporary   (**Permanent**)
If temporary, please state # of months _____

PLEASE CHECK ALL THAT APPLY:

__✓__ Unable to walk 200 feet without assistance (clinical diagnosis MUST be completed)

_____ Legally Blind* (Cert. Of Blindness may substitute for professional certification) (*automatic loss of license)

_____ Chronic Lung Disease
Please state FEV1 Test results _____ O2 saturation with minimal exertion _____
Use of Portable Oxygen?   Yes _____    No _____

_____ Cardiovascular Disease
AHA Functional Classification (circle one):  I    II    III    IV*
(*automatic loss of license)

_____ Arthritis (please state type, severity, and location) _____

_____ Loss of or permanent loss of use of a limb
Description of functional disability _____

HEALTHCARE PROVIDER MUST CHECK ONE:

In my professional opinion and to a reasonable degree of medical certainty:

☑ The above condition, or any other medical condition of which I am aware, **WILL NOT IMPAIR** the safe *operation of a motor vehicle*.
☐ The person applying for this permit is **NOT** medically qualified to operate a motor vehicle safely.
☐ The medical condition as stated above is of such severity as to require a **COMPETENCY ROAD TEST**.

CERTIFICATION: (Please Print)

Michael R. Sorrell, M.D.                             56495
Healthcare Provider's Name       Title               Mass Board of Registration. #
300 Carew Street, Suite 2
Springfield, Massachusetts 01104
Address

Telephone Number: 413-781-5050

Healthcare Provider's Signature                      Date: 6-3-04

-2-

M20060-0902

```
052572                    7884        STATEMENT
SPRINGFIELD NEUROLOGY ASSOCIAT
300 CAREW STREET
SPRINGFIELD MA 01104                  9251
                                      B5392X
                                      TU14
ADDRESS SERVICE REQUESTED             BNS 010
                                      1537 R
```

Rec 9/20/04

Please Include Security Code From Back Of Card
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD   ☐ VISA   ☐ AMERICAN EXPRESS
CARD NUMBER                                EXP. DATE
CARDHOLDER NAME                            SECURITY CODE
SIGNATURE                                  AMOUNT

```
FRANCIS LAFAYETTE            REMIT TO:   SPRINGFIELD NEUROLOGY ASSOCIAT
P O BOX 1020                              300 CAREW STREET
PALMER, MA 01069-4020                     SPRINGFIELD, MA 01104-2316
```

PLEASE RETURN THIS PORTION WITH PAYMENT

| Office Phone Number | Statement Date | Your Account Number | Page No. | New Balance | SHOW AMOUNT PAID HERE |
|---|---|---|---|---|---|
| (413) 781-5050 | 09/13/04 | 7884 | 01 | 433.00 | $ |

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 071503 | SORRELL MD | CPT: 95861 MUSCLE TESTING, TWO EXTREM | F LAFAYETTE | 245.00 | | 245.00 |
| 071503 | | CPT: 95900 NERVE CONDUCTN TEST EA NERVE MOTOR W/O | | 220.00 | | 465.00 |
| 071503 | | CPT: 95904 NERVE CONDUCTN TEST, EA NERVE, SENSORY | | 400.00 | | 865.00 |
| 071503 | | CPT: 95934 H-REFLEX TEST, GASTROCNEMIUS MUSCLE | | 130.00 | | 995.00 |
| 071503 | | CPT: 95903 NERVE CONDUCTN TEST EA NERVE MOTOR W/F | | 660.00 | | 1655.00 |
| 072403 | | VISA/MASTECARD PAYMENT, THANK YOU | | | -300.00 | 1355.00 |
| 101503 | | VISA/MASTECARD PAYMENT, THANK YOU | | | -225.00 | 1130.00 |
| 010604 | | #527241234 PERSONAL CHECK, THANK YOU | | | -113.00 | 1017.00 |
| 021004 | | 826610329PERSONAL CHECK, THANK YOU | | | -113.00 | 904.00 |
| 030904 | | 919961842PERSONAL CHECK, THANK YOU | | | -113.00 | 791.00 |
| 040504 | | CK871524381 | | | -113.00 | 678.00 |
| 051104 | | CK#870530959 | | | -113.00 | 565.00 |
| 061704 | | CK 731405901 | | | -113.00 | 452.00 |
| 070704 | | CK 710245433 | | | -113.00 | 339.00 |
| 081104 | | CK 171466392 | | | -113.00 | 226.00 |
| 090904 | | CK 042017205 | | | -113.00 | 113.00 |
| 041404 | SORRELL MD | CPT: 99214 OFFICE/OUTPATIENT VISIT, E | F LAFAYETTE | 160.00 | | 273.00 |
| 060304 | SORRELL MD | CPT: 99214 OFFICE/OUTPATIENT VISIT, E | F LAFAYETTE | 160.00 | | 433.00 |
| | | PERSONAL PAYMENTS RECEIVED SINCE 08/14/04   113.00 | | | | |

BILLING DEPT OPEN MON-FRI 1:30PM TO 4PM

| Statement Date: | 09/13/04 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | 7884 |
|---|---|---|---|---|---|---|
| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | NEW BALANCE PAY THIS AMOUNT |
| | | | 433.00 | 433.00 | 0.00 | 433.00 |

SEND INQUIRIES / PAYMENTS TO:
SPRINGFIELD NEUROLOGY ASSOCIAT
300 CAREW STREET            (413) 781-5050
SPRINGFIELD MA 01104

SPRINGFIELD NEUROLOGY ASSOCIATES, LLC
MICHAEL R. SORRELL, M.D., F.A.A.N.
EMILIO MELCHIONNA, M.D.
PHILIP HSU, M.D.
AMY PODWORSKI, PA-C
300 CAREW STREET
SPRINGFIELD, MA 01104
(413) 781-6050

NAME _____ AGE ____
ADDRESS _____ DATE ____
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Charcot-Marie-Tooth Disease

Refill _____ times
SIGNATURE _____
PLEASE PRINT NAME _____

Interchange is mandated unless the practitioner writes
the words 'NO SUBSTITUTION' in this space.

3ONE0025174



**Wing Memorial**
Hospital and Medical Centers
A Member of
UMass Memorial Health Care

FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: 6-24-04

PATIENT: Francis Lafayette                MR# _____

| LAB TEST RESULTS: | X-RAY RESULTS: | MAMMOGRAM: | PAP SMEAR: |
|---|---|---|---|

Prostate cancer screening test normal
Diabetes control not good -
not, not surprising. Will
recheck in several months

BASED ON THIS INFORMATION:

☐ NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐ STAY ON YOUR CURRENT MEDICATION
☐ CHANGE YOUR MEDICATION AS INDICATED: _____

☐ ARRANGE FOR THE FOLOWING: _____

SINCERELY:

_[signature]_ _____ MD

WING MEDICAL CENTER AT:
☐ BELCHERTOWN, tel. 323-5118 fax: 323-6158
   20 Daniel Shays Highway, Belchertown, MA 01007
☐ LUDLOW, tel. 589-0583 fax: 583-5239
   34 Hubbard Street, Ludlow, MA 01056
☑ MONSON, tel. 267-9101 fax: 267-4606
   2 Main Street, Monson, MA 01057

☐ PALMER, tel. 284-5400 fax: 284-5194
   40 Wright Street, Palmer, MA 01069
☐ WILBRAHAM, tel. 596-3455 fax: 596-2961
   2344 Boston Road, Wilbraham, MA 01095
☐ Griswold Center, tel. 284-5285 fax: 284-5384
   40 Wright St., Palmer, MA 01069

*This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.*
750-1014 11/03                                                                 01027



**Wing Memorial**
*Hospital and Medical Centers*
A Member of
UMass Memorial Health Care

FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: 8/4/04

PATIENT: Francis Lafayette      MR# _____

LAB TEST RESULTS:      X-RAY RESULTS:      MAMMOGRAM:      PAP SMEAR:

There are degenerative changes but no serious findings.

BASED ON THIS INFORMATION:

☐ NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐ STAY ON YOUR CURRENT MEDICATION
☐ CHANGE YOUR MEDICATION AS INDICATED: _____

☐ ARRANGE FOR THE FOLOWING: _____

SINCERELY:

_____ DMaguire/DZ _____ MD

WING MEDICAL CENTER AT:
☐ BELCHERTOWN, tel. 323-5118 fax: 323-6158
   20 Daniel Shays Highway, Belchertown, MA 01007
☐ LUDLOW, tel. 589-0583 fax: 583-5239
   34 Hubbard Street, Ludlow, MA 01056
☒ MONSON, tel. 267-9101 fax: 267-4606
   2 Main Street, Monson, MA 01057

☐ PALMER, tel. 284-5400 fax: 284-5194
   40 Wright Street, Palmer, MA 01069
☐ WILBRAHAM, tel. 596-3455 fax: 596-2961
   2344 Boston Road, Wilbraham, MA 01095
☐ Griswold Center, tel. 284-5285 fax: 284-5384
   40 Wright St., Palmer, MA 01069

*This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.*
750-1014 11/03                                                                                         01027



**Wing Memorial**
Hospital and Medical Centers
A Member of
UMass Memorial Health Care

FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: 10/18/04

PATIENT: Francis Lafayette     MR# _____

LAB TEST RESULTS:     X-RAY RESULTS:     MAMMOGRAM:     PAP SMEAR:

Blood sugar was (242) too high. The overall diabetes control test was better. But as you know we have a ways to go.

BASED ON THIS INFORMATION:

☐ NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐ STAY ON YOUR CURRENT MEDICATION
☐ CHANGE YOUR MEDICATION AS INDICATED: _____

☐ ARRANGE FOR THE FOLOWING: _____

SINCERELY:

Maguire/mmc                                                    _____ MD

WING MEDICAL CENTER AT:
☐ BELCHERTOWN, tel. 323-5118 fax: 323-6158
   20 Daniel Shays Highway, Belchertown, MA 01007
☐ LUDLOW, tel. 589-0583 fax: 583-5239
   34 Hubbard Street, Ludlow, MA 01056
☐ MONSON, tel. 267-9101 fax: 267-4606
   2 Main Street, Monson, MA 01057
☐ PALMER, tel. 284-5400 fax: 284-5194
   40 Wright Street, Palmer, MA 01069
☐ WILBRAHAM, tel. 596-3455 fax: 596-2961
   2344 Boston Road, Wilbraham, MA 01095
☐ Griswold Center, tel. 284-5285 fax: 284-5384
   40 Wright St., Palmer, MA 01069

This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.
750-1014 11/03                                                                                      01027


