UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: Joseph LaFrance, et al** | 04-30153 |
| **IN RE: Marta Oyola, et al** | 04-30154 |
| **IN RE: Hector L. Rolon, et al** | 04-30155 |
| **IN RE: Peter Caci, et al** | 04-30157 |
| **IN RE: Bennett, et al** | 04-30158 |
| **IN RE: Davis, et al** | 04-30159 |
| **IN RE: Kathleen M. Daigneault, et al** | 04-30156 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a Hearing re: Bankruptcy appeal on JUNE 2, 2005 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

|  |  |
|---|---|
| 4/8/05 | **SARAH THORNTON** |
| Date | **CLERK OF COURT** |
|  | By: **/s/ Elizabeth A. French** |
|  | **Deputy Clerk** |

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                              [kntchrgcnf.]
                                                            [ntchrgcnf.]